FINDING RE PROBABLE CAUSE

**09-1338M**

FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

On <u>June 28, 2009</u>, at <u>8:00 p.m.</u>, Agent Alexander
      [date]                [time]

of the <u>United States Immigration and Customs Enforcement</u> appeared before me regarding the probable cause arrest of defendants <u>OMAR BURGOS-HERNADEZ, aka JUAN DIEGO-ZACARIAS, PEDRO CRUZ-PEDRO, GASPAR FELIPE-GOMEZ, aka JORGE RENE CASTILLO-LOPEZ, BAIRON LUIS ANGEL-BELTRAN, CARLOS HERNANDEZ-LOPEZ, and JOSE LUIS HERNANDEZ</u> occurring on <u>June 28, 2009, at 1:00 a.m.</u>, at <u>La Verne, California</u>.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists/does not exist** probable cause to arrest the defendants for a violation of <u>Title 8, United States Code, Section 1324(a)(1)(A)(iii), Harboring Illegal Aliens</u>.

/_X_/ It is ordered that defendants <u>OMAR BURGOS-HERNADEZ, aka JUAN DIEGO-ZACARIAS, PEDRO CRUZ-PEDRO, GASPAR FELIPE-GOMEZ, aka JORGE RENE CASTILLO-LOPEZ, BAIRON LUIS ANGEL-BELTRAN, CARLOS HERNANDEZ-LOPEZ, and JOSE LUIS HERNANDEZ</u> be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on <u>June 29, 2009</u>.
                                                            [date]

/_____/ It is ordered that defendants <u>OMAR BURGOS-HERNADEZ, aka JUAN DIEGO-ZACARIAS, PEDRO CRUZ-PEDRO, GASPAR FELIPE-GOMEZ, aka JORGE RENE</u>

<u>CASTILLO-LOPEZ, BAIRON LUIS ANGEL-BELTRAN, CARLOS HERNANDEZ-LOPEZ</u>, and <u>JOSE LUIS HERNANDEZ</u> be discharged from custody on this charge forthwith.

DATED: June 28, 2009, at 8:00 a.m/p.m.

CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE